IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v. : | **CASE NO: 7:23-CR-65 WLS-TQL-06** |
| : | |
| **LARKEM IQUAN HAYES,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## **ORDER**

On October 16, 2024, the United States Probation Office ("USPO"), via memorandum, requested a continuance of Defendant Larkem Iquan Hayes' sentencing hearing currently scheduled for Thursday, November 21, 2024.

On July 12, 2023, Defendant Larkem Iquan Hayes ("Hayes") and nineteen additional Defendants were indicted by a grand jury in a forty-three count indictment (Doc. 1). On August 13, 2024, Defendant pled guilty to Count Eighteen of the Indictment charging Defendant with Distribution of Cocaine Base in violation of § 841(a)(1) and 841(b)(1)(C). (Doc. 416). The USPO requests the continuance of the sentencing hearing due to the voluminous digital records and the time needed to thoroughly review those records. This case involved 19 other defendants, within a 44-count Indictment. Further, the USPO needs additional time to review Defendant's criminal record to determine whether he may be subjected to a role enhancement that could significantly increase Defendant's total offense level. The probation officer advises that the Defendant has been in federal custody since August 22, 2023, and that based on an initial guideline calculation, Defendant is facing a lengthy term of imprisonment. Therefore, it appears there is little chance the requested continuance would result in an over-service of any sentence that will likely be imposed in this case.

This Court is required by Federal Rule of Criminal Procedure 32(b)(1) to "impose a sentence without unnecessary delay." As noted above, Defendant entered a plea of guilty in this matter on August 13, 2024. A thorough, accurate presentence report is necessary for the Court to determine that the sentence imposed on Defendant is "sufficient, but not greater

than necessary" to serve the purposes of sentencing set forth in 18 U.S.C. § 3553(a). Thus, the Court finds that a continuance of Defendant's sentencing in this matter is appropriate.

Accordingly, it is hereby **ORDERED** that:

1. The Sentencing Hearing scheduled for November 21, 2024, is **CANCELLED.**
2. Defendant's sentencing hearing is rescheduled to **December 5, 2024, at 3:00 p.m., in Albany, Georgia**.

**SO ORDERED**, this 21st day of October 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2